UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
QSL CORPORATION d/b/a WAXCESSORIES, )
                                    )
          Plaintiff,                )
                                    )      Civil Action No.
     v.                             )
                                    )
P.S.A. ENTERPRISES LTD.,            )
                                    )
          Defendants.               )
                                    )

FILED
IN CLERKS OFFICE

2004 NOV 23 P 1: 07

U.S. DISTRICT COURT
DISTRICT OF MASS

04-12476 RWZ

RECEIPT # 60344
AMOUNT $ 150.00
SUMMONS ISSUED 1
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. M.P.
DATE 11/23/04

MAGISTRATE JUDGE RBC

**COMPLAINT AND JURY DEMAND**

Plaintiff QSL CORPORATION d/b/a WAXCESSORIES, by its undersigned attorneys, by way of Complaint herein, alleges as follows:

THE PARTIES

1. Plaintiff QSL CORPORATION d/b/a WAXCESSORIES is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

2. On information and belief, Defendant P.S.A. ENTERPRISES LTD. is a Canadian corporation having a place of business at #15-11171 Horseshoe Way, Richmond, B.C. V7A 4S5, and is doing business in this judicial district.

- 1 -

## JURISDICTION AND VENUE

3. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1338(a) and (b).

5 Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(c) and (d) and § 1400(a).

## COUNT I: COPYRIGHT INFRINGEMENT

6. Beginning in 2000, Plaintiff QSL CORPORATION d/b/a WAXCESSORIES created a series of ceramic products bearing original two-dimensional artworks depicting fruits, flowers, lighthouses, flags, and various natural scenes. Plaintiff's products incorporating said works have been published and distributed since 2000, and include ceramic plates, pots, candle holders of various sizes and shapes, and decorative housewares. Said two-dimensional artwork on ceramic products constitutes copyrightable subject matter under the laws of the United States. Included among those original artworks created by Plaintiff are the following:

| Title of Work | Registration No. | Infringing Item |
| --- | --- | --- |
| Morning Glory | VA-1-150-948 | Exh. A |
| Lighthouse | VA-1-141-245 | Exh. B |
| Garden Squares | VA-1-150-955 | Exh. C |
| Cabana | VA-1-150-961 | Exh. D |

| | | |
|---|---|---|
| Shells | VA-1-141-253 | Exh. E |
| Ivy | VA-1-150-941 | Exh. F |
| Our Town | VA-1-150-950 | Exh. G |
| Apples | VA-1-120-682 | Exh. H |
| Pansies | VA-1-120-676 | Exh. I |
| Nature | VA-1-120-677 | Exh. J |

7.  Beginning in 2001, Plaintiff QSL CORPORATION d/b/a WAXCESSORIES created a series of ceramic candle holder products under the trademark "The Original Friendship Light." Plaintiff's products incorporating or comprising said works have been published and distributed since 2001. Said artwork on ceramic products constitutes copyrightable subject matter under the laws of the United States. Included among those original artworks created by Plaintiff are the following:

| Title of Work | Registration No. | Infringing Item |
|---|---|---|
| Grandmother | VA-1-150-977 | Exh. K |
| Mother | VA-1-150-970 | Exh. L |
| Sister | VA-1-150-967 | Exh. M |
| Teacher | VA-1-150-976 | Exh. N |
| Friend | VA-1-150-964 | Exh. O |
| Family | VA-1-150-973 | Exh. P (not available) |
| Hope | VA-1-150-974 | Exh. Q (not available) |

are photographs depicting Defendant's copied and infringing works, adjacent (See the tables in paras. 6 and 7 above).

12.  Defendants' actions constitute a violation of Plaintiff's exclusive rights to reproduce, to prepare derivative works from, and to distribute the copyrighted works, under Section 106 of the Copyright Act, 17 U.S.C. § 106.

13.  On information and belief, Defendant's actions complained of herein were taken with knowledge that Plaintiff claimed copyright in the aforementioned works, and therefore those actions constitute willful copyright infringement under Section 504 of the Copyright Act, 17 U.S.C. § 504.

## COUNT II: VIOLATION OF LANHAM ACT §43(a)

14.  Plaintiff repeats and re-alleges the allegations of paragraphs 1-13 above.

15.  Since at least as early as 2001, Plaintiff has used the mark THE ORIGINAL FRIENDSHIP LIGHT as a trademark for its family of ceramic products listed in paragraph 7. The mark appears in catalogues and fliers promoting the goods, as well as on hangtags attached to the goods.

16. By reason of the extensive promotion, marketing and sale of said products under the mark THE ORIGINAL FRIENDSHIP LIGHT, that mark has come to be a strong indicator of source for Plaintiff's products sold thereunder.

17. Defendant has adopted and uses the identical mark THE ORIGINAL FRIENDSHIP LIGHT for its copied products, and it places that mark on hangtags attached to the goods in the same manner as Plaintiff. (See Exhibit R).

18. Defendant's use of the identical mark for identical goods is bound to cause confusion, mistake, and deception as to the source of Defendant's goods. Customers and potential customers are bound to believe that Defendant's goods emanate from or are licensed or approved by Plaintiff. Any dissatisfaction with Defendant's goods will reflect upon and irreparably damage the goodwill that Plaintiff has created in the mark THE ORIGINAL FRIENDSHIP LIGHT.

19. On information and belief, Defendant copied Plaintiff's mark, and employed it on hangtags for goods that were copied from plaintiff, in a deliberate attempt to confuse the public and to trade off the goodwill of Plaintiff in its mark.

20. These actions of Defendant constitute a violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

WHEREFORE, Plaintiff QSL CORPORATION d/b/a WAXCESSORIES demands judgment as follows against the Defendant:

A.   That this court preliminarily and permanently enjoin Defendant from further copying, reproduction, importation, distribution, and/or sale of copies (including the works listed in paragraphs 6 and 7) of each and all of the copyrighted works, in accordance with the provisions of 17 U.S.C. § 502.

B.   That this court preliminarily and permanently enjoin Defendant from any and all use of the mark THE ORIGINAL FRIENDSHIP LIGHT, or any confusingly similar variation thereof, in connection with the sale of ceramic candle holders.

C.   That the Defendant be directed to file with this court and to serve upon Plaintiff within thirty days of service of the permanent injunction requested herein, a report in writing under oath, setting forth in detail the manner and form in which each Defendant has complied therewith.

D.   That Plaintiff be awarded judgment against the Defendants for Plaintiff's damages and Defendants' profits resulting from the

infringement of Plaintiff's copyrights in accordance with the provisions of 17 U.S.C. § 504.

E.  That in the alternative, should Plaintiff so elect, Plaintiff be awarded statutory damages under 17 U.S.C. § 504(c)(1).

F.  That in view of the willfulness of Defendant's copyright infringement, said award of statutory damages under the Copyright Act be increased to a sum of $100,000 for each infringement, under 17 U.S.C. §504(c)(2).

G.  That Defendants pay to Plaintiff such damages as Plaintiff has incurred and such profits as Defendant has received by reason of its use of the mark THE ORIGINAL FRIENDSHIP LIGHT, said amount to be trebled in view of the willfulness of Defendants' illegal actions.

H.  That Plaintiff recover its costs in this civil action, as well as its reasonable attorney fees and other expenses.

I.  That this court grant such other order and further relief as it deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiff hereby demands trial by jury of all issues so triable.

QSL CORPORATION d/b/a WAXCESSORIES

*[signature: John L Welch]*
_____
John L. Welch   BBO No. 522,040
Ian J. McLoughlin   BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000



Exhibit A      Exhibit B



Exhibit C      Exhibit D      Exhibit E

123



*Exhibit F*   *Exhibit G*



*Exhibit H*   *Exhibit I*   *Exhibit J*

***Exhibit K***



QSL Corporation
Item # 14006



PSA Enterprises
Item # 10-2302

***Exhibit L***



QSL Corporation
Item # 14002



PSA Enterprises
Item # 10-2303

*Exhibit M*




QSL Corporation
Item # 14004

PSA Enterprises
Item # 10-2304

*Exhibit N*




QSL Corporation
Item # 14008

PSA Enterprises
Item # 10-2301

*Exhibit O*




| QSL Corporation | PSA Enterprises |
| Item # 14001 | Item # 10-2308 |

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
QSL Corporation d/b/a Waxcessories

### DEFENDANTS
P.S.A. Enterprises Ltd.

(b) County of Residence of First Listed Plaintiff __Middlesex__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed ___ DISTRICT OF MASS.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John L. Welch, Esq.   (617) 832-1258
Foley Hoag, LLP
155 Seaport Blvd., Boston, MA 02210

Attorneys (If Known)
04- 12476 RWZ

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright infringement under 17 U.S.C. §101 et seq.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ -----
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____
NONE

DATE 11/23/04
SIGNATURE OF ATTORNEY OF RECORD (John L. Welch, Esq.)

FOR OFFICE USE ONLY
RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

1. Title of case (name of first party on each side only) __OSL Corporation d/b/a Waxcessories__ v.
   __P.S.A. Enterprises LTD.__

2004 NOV 23  P 1:07

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

U.S. DISTRICT COURT
DISTRICT OF MASS.

- [ ] I.  160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
- [X] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V.  150, 152, 153.

04-12476 RWZ

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   NONE

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?

   Eastern Division [X]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   N/A
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __John L. Welch    (522,040)__    _/s/ John L. Welch_
ADDRESS __Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210__
TELEPHONE NO. __(617) 832-1258__

(Coversheetlocal.wpd - 10/17/02)