UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES,<br><br>    Plaintiff,<br><br>    v.<br><br>P.S.A. ENTERPRISES LTD.,<br><br>    Defendants. | Civil Action No.<br>04-CV-12476-RWZ |

### NOTICE OF VOLUNTARY DIMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1), Fed. R. Civ. P., this action is hereby dismissed without prejudice, each party to bear its own costs and attorney fees.

QSL CORPORATION d/b/a WAXCESSORIES

_____
John L. Welch    BBO No. 522,040
Ian J. McLoughlin   BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000